Certificate Number: 12433-PAE-DE-041073008

Bankruptcy Case Number: 26-11865



12433-PAE-DE-041073008

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 8, 2026, at 9:03 o'clock PM EDT, Luis Diaz completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 9, 2026

By: /s/Loren Bailey Roberts

Name: Loren Bailey Roberts

Title: Teacher