United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-11865-amc

Luis A. Diaz Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2

Date Rcvd: Aug 12, 2026 Form ID: 318 Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis A. Diaz, 5317 N Front Street, Philadelphia, PA 19120-3227 |
| 15136851 | + | Compass Equipment Finance, 115 55th Street, 4th Floor, Clarendon Hills, IL 60514-6397 |
| 15139657 | + | Lakeview Loan Servicing, LLC, c/o MAGGIE S SOBOLESKI, 1632 Ellsworth Street, Philadelphia, PA 19146-3010 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 13 2026 02:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 13 2026 06:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15136850 | | Email/Text: megan.harper@phila.gov | Aug 13 2026 02:10:00 | CITY OF PHILADELPHIA, C/O CITY OF PHILA LAW DEPT, 1401 JOHN F KENNEDY BLVD, 5th Floor, Philadelphia, PA 19102 |
| 15136849 | + | EDI: CITICORP | Aug 13 2026 06:03:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 15139290 | ^ | MEBN | Aug 13 2026 02:08:59 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15136853 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 13 2026 02:10:00 | LoanCare Llc, Attn: Bankrutptcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 15136854 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2026 02:10:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15136855 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Aug 13 2026 02:10:00 | Monterey Financial Services. LLC, Attn: Bankruptcy, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 15136857 | | EDI: CCS.COM | Aug 13 2026 06:03:00 | NJ E-ZPass, c/o CCS Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 15136856 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 13 2026 02:10:00 | NJ E-ZPass, PO Box 4971, Trenton, NJ 08650 |
| 15136859 | | EDI: PRA.COM | Aug 13 2026 06:03:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15136858 | | Email/Text: bankruptcy@philapark.org | Aug 13 2026 02:11:00 | Parking Violations Branch, City of Philadelphia, Commwealth of PA, P.O. Box 41818, |

| | | | |
|---|---|---|---|
| | | | Philadelphia, PA 19101-1818 |
| 15136860 | + Email/Text: bankruptcy@sw-credit.com | Aug 13 2026 02:10:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 15136861 | + EDI: SYNC | Aug 13 2026 06:03:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15136852 | ##+ | EZ PASS, 7631 Derry Street, Harrisburg, PA 17111-5232 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| DAVID M. OFFEN | on behalf of Debtor Luis A. Diaz ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Luis A. Diaz<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–9525 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 26–11865–amc | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Luis A. Diaz

8/11/26

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**