United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-11865-amc
Luis A. Diaz Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 1
Date Rcvd: Aug 13, 2026 Form ID: 195 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis A. Diaz, 5317 N Front Street, Philadelphia, PA 19120-3227 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| DAVID M. OFFEN | on behalf of Debtor Luis A. Diaz ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In re: : Chapter 7

Luis A. Diaz : Case No. 26−11865−amc
Debtor(s)

***ORDER***

AND NOW, this day , August 12, 2026 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

13
Form 195